ELECTRONIC CITATION: 2014 FED App.0006P (6th Cir.)
File Name: 14b0006p.06

# BANKRUPTCY APPELLATE PANEL OF THE SIXTH CIRCUIT

| | | |
|---|---|---|
| In re: ROBERT D. LINEBACK, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| MICHAEL T. TABOR, Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff - Appellee, | ) | No. 14-8011 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT D. LINEBACK and | ) | |
| CAROLYN BLACKWELL, | ) | |
| | ) | |
| Defendants - Appellants. | ) | |
| _____ | ) | |

Appeal from the United States Bankruptcy Court
for the Western District of Tennessee
Case No. 12-11369; Adv. No. 12-5154

Decided and Filed: August 29, 2014

Before: HARRISON, HUMPHREY, and OPPERMAN, Bankruptcy Appellate Panel Judges.

_____

## COUNSEL

**ON BRIEF:** Benjamin S. Dempsey, DEMPSEY LAW OFFICE, Huntingdon, Tennessee, for Appellants. Stephen L. Hughes, Milan, Tennessee, for Appellee.

**OPINION**

DANIEL S. OPPERMAN, Bankruptcy Appellate Panel Judge. The issue on appeal before the Panel is whether the bankruptcy court erred in avoiding the transfer of real property to Carolyn Blackwell pursuant to 11 U.S.C. § 548 and ordering recovery of transferred property from Carolyn Blackwell pursuant to 11 U.S.C. § 550 and in denying Carolyn Blackwell a claim pursuant to 11 U.S.C. § 550(e). After reviewing the record, the parties' briefs, and applicable law, the Panel concludes that the bankruptcy court did not err. Accordingly, for the reasons stated in the bankruptcy court's thorough and well-reasoned opinions entered on December 17, 2013, *Tabor v. Lineback*, (*In re Lineback*), Ch. 7 Case No. 12-11369, Adv. No. 12-5154 (Bankr. W.D. Tenn 2013) ECF No. 48, and February 6, 2014, *Tabor v. Lineback*, (*In re Lineback*), Ch. 7 Case No. 12-11369, Adv. No. 12-5154 (Bankr. W.D. Tenn 2013) ECF No. 59, we affirm.